[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-11728
_____

D.C. Docket No. 1:17-cv-22091-KMW,
Bkcy No. 14-bkc-36362-AJC

In re: VIKTORIA BENKOVITCH,

Debtor.
_____

VIKTORIA BENKOVITCH,

Plaintiff-Appellant,

versus

DEUTSCHE BANK NATIONAL TRUST CO.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 23, 2019)

Before ROSENBAUM, GRANT and HULL, Circuit Judges.

PER CURIAM:

After oral argument and careful review of the record, we find no reversible error in the district court's March 30, 2018 order, affirming the bankruptcy court's orders granting summary judgment in favor of defendant-appellee Deutsche Bank National Trust Company, granting defendant-appellee's motion to dismiss and dismissing plaintiff-appellant Viktoria Benkovitch's adversarial complaint with prejudice, and denying plaintiff-appellant's emergency motion for reconsideration.

**AFFIRMED.**